Thomas E. Powers, administrator of the estate of Marie Powers, deceased, appellee, v. Chicago City Railway Company et al., appellants. Gen. No. 36,278.

Opinion filed February 6, 1933.

Weber, Miller, Deffenbaugh & Donovan, for appellants; Frank L. Kriete and John E. Kehoe, of counsel. Ednyfed H. Williams, for appellee; William A. Lankton, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Charles Abramson, plaintiff in error, v. Blue Motor Coach Lines, defendant in error. Gen. No. 36,221.

Opinion filed February 6, 1933.

Finn & Miller, for plaintiff in error. A. H. Brown and A. J. W. Appell, for defendant in error; A. J. W. Appell, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Adams Construction Company, appellee, v. Henry T. Holsman and Lawrence Sweeney, appellants. Gen. No. 36,237.

Opinion filed February 6, 1933.

Balhatchet & Best, for appellants; Willard Balhatchet and Owen Rall, of counsel. Russell, Murphy & Quigley, for appelllee; Edward Contorer, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

The Leader Stores, appellee, v. Union Indemnity Company, appellant. Gen. No. 36,256.

Opinion filed February 6, 1933.

Church, Haft, Robertson, Crowe & Spence, for appellant; Burt A. Crowe, of counsel. Epstein & Arvey, for appellee; Norman Asher and Charles W. Mead, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.